# In the United States Court
# District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUN 22 AM 9:
OFFICE OF THE CLERK

Jeromy Oelker
3155 Asoleado Circle
Las Vegas, NV 89121

8:26cv286

Jeromy Oelker/ ~~Kenny Claussen~~ JO
Plaintiffs,

v.

State of Nebraska,
Douglas County/ Court,

Case No.________
Petition for Declaratory Relief;
Injunctive Relief demanded;
Wrongful Convictions unsupported by Due Process,
Douglas County Court is in Default of the 14th Amendment.
Ref. Case: CR25 11705
Ref. Case: CR25 15462

This court has Federal Question jurisdiction un 28 U.S.C. 1331, 42 U.S.C. 1983, and 28 U.S.C. 2201. 42 U.S.C. 1983 is satisfied because the 14th amendment his being violated.

Declaratory Relief is prayed for because within both Douglas County Court prosecutions the court deliberately failed to support the 6th amendment "Notice Clause", and the 5th amendment "Double Jeopardy Clause." The U.S. Supreme Court has consistently held that under common law a criminal complaint must cite more than just the language of the statute. Within both of the criminal complaints filed with this petition for relief the court defaulted and did not support stare decisis set forth by the U.S. Supreme Court. "The Constitution, in its sixth amendment, strikes with nullity all such vague accusations as are embraced in this indictment. It declares, repeating in this respect the doctrine of the common law, that, in all criminal prosecutions, the accused shall "be informed of the nature and cause of the accusation" against him; and this means that all the essential ingredients of the offense charged must be stated, embracing, with reasonable certainty, the particulars of time, place, and person or property. It is only by such information that the accused will be enabled to prepare his defense, and avail himself of his acquittal or conviction against any further prosecution for the same cause."

# In the United States Court
# District of Nebraska

This principle, says Bishop in his treatise, "that the indictment must contain an allegation of every fact which is legally essential to the punishment to be inflicted pervades the entire system of the adjudged law of criminal procedure. This doctrine is fully stated and illustrated in the *Cruikshank* case, both in the prevailing and dissenting opinion. 92 U. S. 558, 92 U. S. 568. Tested by it, the indictment here is but a string of words, presenting no specific offense, and therefore not justifying the issue of any process for the arrest and imprisonment of the petitioner."

In case CR25 11705 I made the above oral argument and Judge Sheryl Lohaus ignored both the Constitution and stare decisis. Basically I had to plead guilty or face more unlawful commitment and a wrongful prosecution. Blatantly the court goaded a mistrial.

In case CR25 15462 the court refused to provide me a criminal complaint for Littering, and as the record evidences the complaint is defective and does not satisfy either the 6th amendment or the 5th amendment. Also the court forced me to plead guilty to Failure to Appear, or risk more unlawful commitment and a wrongful prosecution. Blatantly the court goaded a mistrial.

I could also allege Conspiracy Against Rights (42 U.S.C. 1985(3)) by Judge Huber in case CR25 15462, because the State of Nebraska has a wide spread problem of forcing guilty pleas with the use of constitutionally defective complaints, and using Failure to Appear as a motive to procur "Excessive Bail." Racial animus being poverty based due to the fact I refuse to pay a lawyer to represent me in such a frivolous matter.

## Relief Prayed for/ demanded

1) Have Douglas County Court Set-Aside both cases CR25 11705 and 15462 for want of Due Process, and I demand this court does not allow such nonsense to clutter up the mostly fraudulent Criminal History that has been kept on me over the decades. Habeas Corpus does not qualify being the sentenced for both prosecutions has been served, and I am not currently in "Custody."

# In the United States Court
# District of Nebraska

2) I pray for/ demand an attorney fee of $35k since the court hath shown "Bad Faith", which constitutes a fee enhancement/ multiplier.

3) I pray for/ demand this court references they received both criminal complaints in their order for Relief in compliance to Federal Rule of Evidence 103(a)(B)(2).

4) I pray this court places an Injunction on the State of Nebraska that no further Criminal Prosecutions commence in violation of the 5th and 6th amendments, and stare decisis cited above. (reference the recently dismissed criminal prosecution by the Sarpy County District Court (case CR25-899)(within 8:25-cv-678), which also only cited the statute. Blatantly this is a statewide widespread issue.

I declare under penalty of perjury all to be true and correct on this 16th day of June, 2026.

Jeromy Oelker (pro se)

# Exhibit A

Attached is the Criminal Complaint for CR25 11705 and the Journal Entry and Order. It is with preponderance I made an attempt to have this case dismissed for Failure to Comply with the "Notice Clause" and the "Double Jeopardy Clause."

Also notice the case was continued from 7/14/2025 to 7/15/2025 due to the courts failure to provide a competent judge. When I informed Judge Lohaus that my plea of guilt was under duress due to the court lacking due process, she continued the case for another day and assigned Judge Stephanie Shearer to adjudicate the matter. Both Justices defaulted on the 5th, 6th, and 14th amendments. Both knowingly violated their ministerial duty to support the law. Both waived their immunity, and defaulted on the State of Nebraska's 11th Amendment Sovereign Immunity as arms for the state.

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CR250011705
Transaction ID: 0023541353
Filing Date: 07/14/2025 10:19:36 AM CDT

ARREST # K1220292

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA )
)
Plaintiff, )
)
vs. )
)
JEROMY J OELKER, ) **CRIMINAL COMPLAINT**
)
Defendant. )
)
ADDRESS: 1702 NICHOLAS ST )
OMAHA, NE 68102 )
D.O.B.: May 4, 1980
DL#: 2107631474 STATE: NV CLASS:
CMV: VEH. LIC.: STATE:
LANGUAGE IF INTERPRETER NEEDED:
RB#: U73025

On the complaint and information of City Prosecutor and/or Special Deputy Douglas County Attorney Kevin J. Slimp, made in the name and on behalf of the State of Nebraska before the County Court of Douglas County, Nebraska this 14 July 2025 being duly sworn on his oath alleges that the above named Defendant did:

**COUNT I**
**DISORDERLY CONDUCT**
**§20-42**

on or about the 12th day of July, 2025 within the City of Omaha, Douglas County, Nebraska contrary to the Ordinances of the City of Omaha and against the peace and dignity of the State of Nebraska did purposely or knowingly cause inconvenience, annoyance or alarm, or created the risk thereof to any person by: (a) engaging in fighting, threatening or violent conduct or (b) using abusive, threatening or other fighting language or gestures. (Penalty: OMC 1-10)

Kevin J. Slimp
City Prosecutor and/or

Special Deputy Douglas County Attorney

A- 7/14-PM
DOUGLAS COUNTY COURT
JAC

**WITNESSES:**

PATRICK W HEATON #2215

JAMES D GUYOTT #2210

Image ID: F00475243C01 **JOURNAL ENTRY AND ORDER**

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. JEROMY J OELKER — Printed on 7/14/2025 at 2:34
DOB: 5/04/1980 — Room 01C50
Case ID: CR 25 11705 — Page 1
Citation: K 1220292 — Date of Hearing 7/14/2025

CHARGES (AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|---|---|---|---|---|
| 01 | 20-42 | DISORDERLY CONDUCT | | MSD |

A P P E A R A N C E S  A N D  A D V I S E M E N T

Judge Sheryl Lohaus
Defendant JEROMY J OELKER in custody
Prosecutor Laurie E Burgess

Defendant advised of the nature of the above charges, all possible penalties, effect of conviction on non-citizens, and each of the following rights: Counsel; Appointed Counsel; Trial; Jury Trial; Confront Accusers; Subpoena Witnesses; Remain Silent; Request Transfer to Juvenile Court; Defendant's Presumption of Innocence; State's Burden of Proof Beyond Reasonable Doubt (clear and convincing in cases of probation violations); Right to Appeal.

T R I A L / M O T I O N  H E A R I N G

Hearing held on: Arraignment

A D D I T I O N A L  E N T R I E S  O F  R E C O R D

Defendant advised that: "IF YOU ARE NOT A UNITED STATE'S CITIZEN, YOU ARE HEREBY ADVISTED THAT CONVICTION OF THE OFFENSE FOR WHICH YOU HAVE BEEN CHARGED MAY HAVE THE CONSEQUENCES OF THE REMOVAL FROM THE UNITED STATES, OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES." Pursuant to Neb. Rev. Stat. 29-1819.02(1) (reissue 2008).

Defendant removed from the courtroom.

F U T U R E  C O U R T  A P P E A R A N C E S

Case continued to 7/15/2025 at 1:00 PM
in County Courtroom 50 for Arraignment.

Hon. [signature] 7/14/2025 kchristiansen
Sheryl Lohaus — Date — Bailiff

Tape Nos. DIGITAL RECORDING

Journal Entry and Order(s) copies to:
Burgess,Laurie,E, CourtRegEfiling@cityofomaha.org
DEFENDANT

CASE FILE COPY

FILED BY
Clerk of the Douglas County Court
07/14/2025

JOURNAL ENTRY AND ORDER

Image ID: F00475400C01 **JOURNAL ENTRY AND ORDER**

**IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA**

| | |
|---|---|
| ST V. JEROMY J OELKER | Printed on 7/15/2025 at 1:24 |
| DOB: 5/04/1980 | Room 01C50 |
| Case ID: CR 25 11705 | Page 1 |
| Citation: K 1220292 | Date of Hearing 7/15/2025 |

CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|---|---|---|---|---|
| 01 | 20-42 | DISORDERLY CONDUCT | | MSD |

Plea: Guilty Found: Guilty Jail: 3 days

A P P E A R A N C E S A N D A D V I S E M E N T

Judge Stephanie S Shearer
Defendant JEROMY J OELKER in custody
Prosecutor Morgan I Cloud

Defendant advised of the nature of the above charges, all possible penalties, effect of conviction on non-citizens, and each of the following rights: Counsel; Appointed Counsel; Trial; Jury Trial; Confront Accusers; Subpoena Witnesses; Remain Silent; Request Transfer to Juvenile Court; Defendant's Presumption of Innocence; State's Burden of Proof Beyond Reasonable Doubt (clear and convincing in cases of probation violations); Right to Appeal.

Defendant previously advised of the nature of the above charges, all possible penalties and rights.

A R R A I G N M E N T

Defendant advised of and waived rights.
Defendant enters above pleas.
Pleas entered knowingly, intelligently, voluntarily, and a factual basis for plea(s) found.
Court finds as shown above.

T R I A L / M O T I O N H E A R I N G

Hearing held on: Arraignment

S E N T E N C I N G

Defendant was granted allocution and sentence was pronounced by the Court.
Defendant to stand committed to the Douglas County Correctional Center, until fines and costs are paid.
Defendant is sentenced to the Douglas County Correctional Center, for terms as shown above, and is to pay costs of this prosecution.
Credit for time and costs served.
Defendant to pay Court Costs $49.00
Other $1.00
Inquiry has been made regarding the Defendant's financial ability to pay fines and costs and the Court finds the Defendant is able to pay the same at this time or by making payments over a period of time.

A D D I T I O N A L E N T R I E S O F R E C O R D

Defendant advised that if you are not a United States citizen you are hereby advised that conviction of the offense for which you have been charged may have the consequences of removal from the United States, or denial of naturalization pursuant to the laws of the United States Pursuant to Neb. Rev. Stat. 29-1819.02 (1) (Reissue 2008)

CASE FILE COPY

**FILED BY**
Clerk of the Douglas County Court
07/15/2025

JOURNAL ENTRY AND ORDER

Image ID: F00475400C01 **JOURNAL ENTRY AND ORDER**

**IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA**

**ST V. JEROMY J OELKER** Printed on 7/15/2025 at 1:24
DOB: 5/04/1980 Room 01C50
Case ID: CR 25 11705 Page 2
Citation: K 1220292 Date of Hearing 7/15/2025

====================================================================================

A D D I T I O N A L E N T R I E S O F R E C O R D continued

Defendant's Motion to Dismiss is denied.

Defendant's Motion for Attorney's Fees is denied.

Per agreement between the Parties.

Oral Factual Basis was given by the State.

The Defendant is given credit for time and costs served.

Hon. Stephanie S Shearer [signature] [seal: Seal of the County Court, Nebraska, Douglas County] 7/15/2025 Date R. Barrett Bailiff

Tape Nos. DIGITAL RECORDING

Journal Entry and Order(s) copies to:
Burgess,Laurie,E, CourtRegEfiling@cityofomaha.org
DEFENDANT

CASE FILE COPY

**FILED BY**
Clerk of the Douglas County Court
07/15/2025

JOURNAL ENTRY AND ORDER

# Exhibit B

Attached is the Criminal Complaint for CR25 15462 and the Journal Entry and Order. It is with preponderance I made an attempt to receive a copy of the complaint from the State and the Judge to no avail, it is also with preponderance the criminal complaint fails to comply with the "Notice Clause" and the "Double Jeopardy Clause."

Also notice the case was continued from 7/16/2026 to 7/17/2026 due to the jail refusing to bring me to court because I wanted to bring my court records with me from the jail cell. Blatantly the court defaulted on the 5th, 6th, and 14th amendments. Judge Huber knowingly violated his ministerial duty to support the law. He has in fact waived his immunity, and defaulted on the State of Nebraska's 11th Amendment Sovereign Immunity as an arm for the state.

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CR250015462
Transaction ID: 0023849591
Filing Date: 09/16/2025 08:34:23 AM CDT

Arrest # OP5078960

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA )
)
Plaintiff, )
)
vs. )
)
JEROMY J OELKER, )
)
Defendant. )
)
ADDRESS: 1702 NICHOLAS ST )
OMAHA, NE 68102 )

**AMENDED CRIMINAL COMPLAINT**

D.O.B.: May 4, 1980
DL#: 2107631474 STATE: NV CLASS:
CMV: VEH. LIC: STATE:
LANGUAGE IF INTERPRETER NEEDED:
RB#: U72833

On the complaint and information of City Prosecutor Kevin J. Slimp, made in the name and on behalf of the State of Nebraska before the County Court of Douglas County, Nebraska this 16 September 2025 being duly sworn on his oath alleges that the above named Defendant did:

**COUNT I**
**LITTERING-1ST OFFENSE**
**§28-523-M3**

on or about the 11th day of July, 2025 within Douglas County, Nebraska contrary to the Statutes of the State of Nebraska and against the peace and dignity of the State did unlawfully deposit, throw, discard, or otherwise dispose of any litter on any public or private property. (Penalty: 28-523 Class III Misdemeanor)

**COUNT II**
**FAIL TO APPEAR - SEE ORIGINAL CHARGE**
**§29-426**

on or about the 12th day of September, 2025 within Douglas County, Nebraska contrary to the Statutes of State of Nebraska and against the peace and dignity of the State did fail to appear or otherwise comply with the command of a citation. (Penalty: Class III Misdemeanor)

Kevin J. Slimp
City Prosecutor and/or
Special Deputy Douglas County Attorney

A- 9/12-PM
DOUGLAS COUNTY COURT

**WITNESSES:**

JAMES D GUYOTT #2210

PATRICK W HEATON #2215

Image ID: F00522226C01 **JOURNAL ENTRY AND ORDER**

**IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA**

**ST V. JEROMY J OELKER** Printed on 4/15/2026 at 1:38
DOB: 5/04/1980 Room 01C50
Case ID: CR 25 15462 Page 1
Citation: OP 5078960 Date of Hearing 4/15/2026

CHARGES (AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|---|---|---|---|---|
| 01 | 28-523 | Littering-1st offense | 3 | MSD |
| 02 | 29-426 | Fail to appear or comply with citatio | 3 | MSD |

A P P E A R A N C E S A N D A D V I S E M E N T

Judge John E Huber
Prosecutor Lindsey L Bitzes

T R I A L / M O T I O N H E A R I N G

Hearing held on: Arraignment

A D D I T I O N A L E N T R I E S OF R E C O R D

Defendant refused to appear in Court.

A D D I T I O N A L E N T R I E S OF R E C O R D

F U T U R E C O U R T A P P E A R A N C E S

Case continued to 4/16/2026 at 1:00 PM on motion of the Court,
in County Courtroom 50 for Arraignment.

Hon. John E Huber 4/15/2026 Date M Rubio Bailiff

SEAL OF THE COUNTY COURT NEBRASKA DOUGLAS COUNTY

Tape Nos. DIGITAL RECORDING

Journal Entry and Order(s) copies to:
Quandt,Brent,David, CourtRegEfiling@cityofomaha.org

CASE FILE COPY

FILED BY
Clerk of the Douglas County Court
04/15/2026

JOURNAL ENTRY AND ORDER

Image ID: F00522548C01

**JOURNAL ENTRY AND ORDER**

**IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA**

**ST V. JEROMY J OELKER** Printed on 4/16/2026 at 3:05
DOB: 5/04/1980 Room 01C50
Case ID: CR 25 15462 Page 1
Citation: OP 5078960 Date of Hearing 4/16/2026

=====================================================================

**CHARGES (AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)**

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|---|---|---|---|---|
| 01 | 28-523 | Littering-1st offense | 3 | MSD |
| 02 | 29-426 | Fail to appear or comply with citatio | 3 | MSD |

**A P P E A R A N C E S  A N D  A D V I S E M E N T**

Judge Marcela Keim
Prosecutor Laurie E Burgess

**T R I A L / M O T I O N  H E A R I N G**

Hearing held on: Arraignment

**A D D I T I O N A L  E N T R I E S  O F  R E C O R D**

Defendant refused to appear.

Cell extraction order signed.

**A D D I T I O N A L  E N T R I E S  O F  R E C O R D**

**F U T U R E  C O U R T  A P P E A R A N C E S**

Case continued to 4/17/2026 at 1:00 PM
in County Courtroom 50 for Arraignment.

Hon. [signature] 4/16/2026 kh
Marcela Keim Date Bailiff

SEAL OF THE COUNTY COURT * NEBRASKA * DOUGLAS COUNTY

Tape Nos. DIGITAL RECORDING

Journal Entry and Order(s) copies to:
Quandt,Brent,David, CourtRegEfiling@cityofomaha.org

CASE FILE COPY

**FILED BY**
Clerk of the Douglas County Court
04/16/2026

JOURNAL ENTRY AND ORDER

Image ID: F00522660C01 **JOURNAL ENTRY AND ORDER**

**IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA**

**ST V. JEROMY J OELKER** Printed on 4/17/2026 at 1:42
DOB: 5/04/1980 Room 01C50
Case ID: CR 25 15462 Page 2
Citation: OP 5078960 Date of Hearing 4/17/2026

**A D D I T I O N A L E N T R I E S O F R E C O R D continued**

STATES." pursuant to Neb. Rev. Stat. 29-1819.02(1) (Reissue 2008).

State recommends the above sentence per plea agreement by both parties.

Court takes judicial notice of Failure to Appear.

Defendant given credit for time and costs served.

**A D D I T I O N A L E N T R I E S OF R E C O R D**

Hon. Craig Q McDermott 4/17/2026 SA
Date Bailiff

SEAL OF THE COUNTY COURT NEBRASKA DOUGLAS COUNTY

Tape Nos. DIGITAL RECORDING

Journal Entry and Order(s) copies to:
Quandt,Brent,David, CourtRegEfiling@cityofomaha.org
DEFENDANT

**CASE FILE COPY**

**FILED BY**
Clerk of the Douglas County Court
04/17/2026

**JOURNAL ENTRY AND ORDER**

Image ID: F00522660C01 **JOURNAL ENTRY AND ORDER**

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. JEROMY J OELKER Printed on 4/17/2026 at 1:42
DOB: 5/04/1980 Room 01C50
Case ID: CR 25 15462 Page 1
Citation: OP 5078960 Date of Hearing 4/17/2026

CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|---|---|---|---|---|
| 01 | 28-523 | Littering-1st offense | 3 | MSD |
| Charge dismissed on the motion of the prosecutor with prejudice | | | | |
| 02 | 29-426 | Fail to appear or comply with citatio | 3 | MSD |
| Plea: No Contest Found: Guilty | | Jail: | 3 days | |

APPEARANCES AND ADVISEMENT

Judge Craig Q McDermott
Defendant JEROMY J OELKER in custody
Prosecutor Destiney S Vinzant

Defendant advised of the nature of the above charges, all possible penalties, effect of conviction on non-citizens, and each of the following rights: Counsel; Appointed Counsel; Trial; Jury Trial; Confront Accusers; Subpoena Witnesses; Remain Silent; Request Transfer to Juvenile Court; Defendant's Presumption of Innocence; State's Burden of Proof Beyond Reasonable Doubt (clear and convincing in cases of probation violations); Right to Appeal.

ARRAIGNMENT

Defendant advised of and waived rights.
Defendant enters above pleas.
Pleas entered knowingly, intelligently, voluntarily, and a factual basis for plea(s) found.
Court finds as shown above.
Charges dismissed as shown above.

TRIAL/MOTION HEARING

Hearing held on: Arraignment

SENTENCING

Defendant was granted allocution and sentence was pronounced by the Court.
Defendant to stand committed to the Douglas County Correctional Center, until fines and costs are paid.
Defendant is sentenced to the Douglas County Correctional Center, for terms as shown above, and is to pay costs of this prosecution.
Credit for time and costs served.
Defendant to pay Court Costs $49.00
Other $1.00
Inquiry has been made regarding the Defendant's financial ability to pay fines and costs and the Court finds the Defendant is able to pay the same at this time or by making payments over a period of time.

ADDITIONAL ENTRIES OF RECORD

Defendant advised that: "IF YOU ARE NOT A UNITED STATES CITIZEN, YOU ARE HEREBY ADVISED THAT CONVICTION OF THE OFFENSE FOR WHICH YOU HAVE BEEN CHARGED MAY HAVE THE CONSEQUENCES OF REMOVAL FROM THE UNITED STATES, OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED

CASE FILE COPY

**FILED BY**
Clerk of the Douglas County Court
04/17/2026

JOURNAL ENTRY AND ORDER

Image ID: F00486044C01 **JOURNAL ENTRY AND ORDER**

**IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA**

**ST V. JEROMY J OELKER** Printed on 9/12/2025 at 2:04
DOB: 5/04/1980 Room 01C29
Case ID: CR 25 15462 Page 1
Citation: OP 5078960 Date of Hearing 9/12/2025

**CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)**

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|---|---|---|---|---|
| 01 | 28-523 | Littering-1st offense | 3 | MSD |

**A P P E A R A N C E S A N D A D V I S E M E N T**

Judge Beau Finley
Prosecutor Laurie E Burgess

**T R I A L / M O T I O N H E A R I N G**

Hearing held on: Arraignment

**A D D I T I O N A L E N T R I E S O F R E C O R D**

Defendant fails to appear;
Bench warrant to issue;
Bond set at $2,500.00 Ten Percent Allowed
State is granted leave to file additional charge of Failure to Appear.

Hon. ______BF______ 9/12/2025 ht ____________
Beau Finley Date Bailiff

SEAL OF THE COUNTY COURT NEBRASKA DOUGLAS COUNTY

Tape Nos. Digital Recording

Journal Entry and Order(s) copies to:
Quandt,Brent,David, CourtRegEfiling@cityofomaha.org

CASE FILE COPY

**FILED BY**
Clerk of the Douglas County Court
09/12/2025

JOURNAL ENTRY AND ORDER

Court Copy

E-FILED
SEP 1 0 2025

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CR250015462
Transaction ID: 0023824484
Filing Date: 09/10/2025 10:59:10 AM CDT

**Uniform Citation and Complaint** — **Citation Number: OP5078960**

| | | | |
|---|---|---|---|
| Date of Offense: 07/11/2025 | Time of Offense: 22:27 | IR/Case#: AU72833 | Troop/Division/Sector: District 51 |

| | | |
|---|---|---|
| **Plaintiff: State of Nebraska** | **In the Douglas County Court** | Court Case #: |

**Defendant Information:**

| | | | | |
|---|---|---|---|---|
| Last Name: OELKER | First Name: JEROMY | M.I: J | Suffix: | Telephone Number: ☐ Cell (000) 000-0000 |

| | | | | |
|---|---|---|---|---|
| Street Address: 1702 Nicholas St | City: OMAHA | State: NE | Zip Code: 68102 | Country: USA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOB: 05/04/1980 | Gender: Male | Height: 5' 11" | Weight: 220 | Eyes: Green | Hair: Blond or Strawberry | Race/Eth: White | Language if Interpreter Needed: |

| | | | | | | |
|---|---|---|---|---|---|---|
| DL State: NV | DL Country: USA | DL Number: 2107631474 | Exp. Date: 01/24/2032 | DL Class: O | Restrictions: | DL Endorsements: |

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Year: | Vehicle Type: | Vehicle Style: | Vehicle Make: | Vehicle Model: | Vehicle Color: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vehicle VIN: | Vehicle License: | State: | Country: | Reg. Year: | Plate Type: | CMV: | HazMat: No |

| | | |
|---|---|---|
| Carrier Name: | US DOT Number: | ICC Number: |

| | | | | |
|---|---|---|---|---|
| Business/Address: | City: | State: | Zip Code: | Country: |

The undersigned being duly sworn, says the defendant, at the time and date shown, did unlawfully commit the following offense(s):

| | | | | | | |
|---|---|---|---|---|---|---|
| **Violation Location** | In the County of: DOUGLAS COUNTY | In the City of: OMAHA | Hwy Type: Intersection | Hwy No.: | Hwy Sfx: | Mile Marker: |
| | Location at or near: Howard St S 11th St | | | | | |
| | Latitude: 28-523 MB | | Longitude: | | | |

**In violation of:**

| OFFENSE 001 | | | | | |
|---|---|---|---|---|---|
| Statute/Ordinance section: ~~36-139~~ | Offense Description: LITTER ON STREET OR ROADWAY | | | | Violation Type: |
| Speed: mph in mph Zone | Tracked: | NCIC Code: | BAC Pct: | Actual Wt.: | Legal Wt.: |
| Offense Comments: RB Number: AU72833 B 9/10/2025 | | | Fine: | Lbs Overwt.: | Pct. OverWt.: |
| | | | Liquidated Damages Amount: | A check means "Yes" Road Construction Zone: ☐ School Zone: ☐ | |

**Bond Payment:** If posted, the type of Bond is: For the amount of:

| | | | | | |
|---|---|---|---|---|---|
| Reporting Officer 1/Agency: GUYOTT, James | Date: 07/11/2025 | Badge No.: 2210 | Reporting Officer 2/Agency: HEATON, Patrick | Date: 07/11/2025 | Badge No.: 2215 |

| | |
|---|---|
| This is an appearance only, not a trial date. **You MUST Appear in Court as directed below.** | Prosecutor X [signature] |
| **Your Court Appearance:** ☐ To be determined Date: 09/12/2025 Time: 1:30:pm | Court Address: 1701 Farnam Street Omaha, Nebraska. 68183 — Room No: |
| I promise that I will appear in court at the above time and place. | Signature of Defendant: X [signature] — Date: 07/11/2025 |

**Your Signature is not an admission of guilt, but a promise to appear.**
**Failure to comply with the terms of this citation is punishable by jail or fine or both and may result in suspension of your operator's license.**

Optional Contact Information: Phone Number: ____________ Carrier: ____________
E-mail Address:

# BENCH WARRANT

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA

Doc. No. 6958677

State v. Jeromy J Oelker

Citation No: OP 5078960 Case ID: CR 25 15462

TO: THE Omaha Police Department OR ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

A complaint has been filed in the above court alleging the above-named defendant committed the following offense(s):

| Statute | Offense Description | Type | Cls | Off. Date |
|---|---|---|---|---|
| 28-523-M3 | Littering-1st offense | MSD | 3 | 07/11/2025 |

Defendant was ordered to appear in said court on September 12, 2025 for Arraignment, and defendant did not comply with such order. The undersigned finds that this warrant is supported: (X) by oath or affirmation upon affidavit or upon the record in open court; (_) by my personal review of the court file; (_) by occurrence in the presence of the court.

THEREFORE YOU ARE ORDERED to immediately arrest said defendant wherever he/she may be found and to bring him/her promptly before this court or any judge or magistrate having jurisdiction of this matter, to answer such complaint and be further dealt with according to law.

Bail bond guaranteeing defendant's appearance before this court is hereby fixed in the sum of $2,500.00 Ten Percent Bond, which may be collected by the arresting agency or a court of competent jurisdiction in the county of arrest. Bail bond shall contain a date certain for defendant's appearance in this court.

Date: September 12, 2025 Judge/Magistrate [signature]

FILED
CRIM/TRAF DIVISION
SEP 1 2 2025
Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

2334033CRC01

Officer: James Guyott Omaha Police Department

Defendant Jeromy J Oelker
1702 Nicholas St
Omaha, NE 68102

AKA
AKA
AKA
AKA

Drivers Lic: 2107631474 NV
Vehicle Lic: Plate Type

DOB: 05/04/1980 Ht: 5 11 Wt: 220 Sex: M Eyes: GRN Hair: BLN Race: W

# RETURN

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA

Doc. No. 6958677

State v. Jeromy J Oelker

Citation No: OP 5078960 Case ID: CR 25 15462

☐ Received this writ on ______________________, and on ______________________, I have arrested the defendant or Party within named and have brought him/her before the court.

☐ Defendant or party was imprisoned on ______________________,

and released on ______________________, and served:

_______ days toward sentence

_______ days toward amount due

☐ Defendant or party paid $______________ toward amount due

☐ Defendant or party signed a time payment agreement

Date: ______________________ By ______________________
Sheriff or authorized person/Jailer

Image ID: D07157590C01 **SERVICE RETURN** Doc No. 6958677

Return to: Douglas County Court
Case ID: CR 25 15462
State v. Jeromy J Oelker

Received Doc.No. 6958677 a Bench Warrant
on 9/12/2025 at 08:00 AM.

I hereby certify that on 4/14/2026 at 12:53 PM I served Doc. No. 6958677 a Bench Warrant on Jeromy J Oelker
by Personal Service to Jeromy J Oelker
at SARPY
as required by Nebraska state law.

**FILED BY**
Clerk of the Douglas County Court
04/15/2026

Service and return
Mileage ______________
TOTAL

Comments

Date: 4/15/2026 Omaha Police Department /S/ 1965 HERNANDEZ

Requested by
City Prosecutor's Office
1701 Farnam Street
Suite 200
Omaha NE 68183

# Certificate of Service

I hereby certify that on Tuesday, September 16, 2025 I provided a true and correct copy of the Amended Complaint to the following:

State of Nebraska represented by Brent Quandt (Bar Number: 25329) service method: Electronic Service to CourtRegEfiling@cityofomaha.org

Signature: /s/ Brent Quandt (Bar Number: 25329)