IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROMY OELKER,

Plaintiff,

vs.

STATE OF NEBRASKA, and DOUGLAS COUNTY/COURT,

Defendants.

**8:26CV286**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On October 5, 2026, the Clerk of the Court sent a notice and copy of General Order 2025-01 to Plaintiff at his last known address at the Douglas County Jail and it was returned to this Court as undeliverable because Plaintiff was released from custody on September 30, 2026. *See* Filing No. 8, Case No. 8:26CV592. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 16, 2026**: check for address.

3. The Clerk of the Court is directed to send a copy of this order to Plaintiff at his last known address and to the following address: Jeremy Oelker, General Delivery, 4730 South 24th Street, Omaha, NE 68107.

Dated this 15th day of October, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge